# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America<br><br>v.<br><br>Jose Alfredo Sanudo-Soto | CRIMINAL COMPLAINT<br><br>CASE NUMBER: 25-8248 MJ |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the date described in Attachment A in the County of Maricopa in the District of Arizona, the defendant committed the crime of Possession of a Firearm and Ammunition by an Illegal Alien, in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8), an offense described as follows:

**See Attachment A – Description of Count**

I further state that I am a Special Agent (SA) for Homeland Security Investigations (HSI) and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:     ☒ Yes     ☐ No

AUTHORIZED BY: <u>SAUSA Regan Pauls for AUSA Chong-Ho Chung</u>

REGAN PAULS (Affiliate)
Digitally signed by REGAN PAULS (Affiliate)
Date: 2025.04.04 10:45:55 -07'00'

BRIAN R VALLE
Digitally signed by BRIAN R VALLE
Date: 2025.04.04 10:58:36 -07'00'

<u>Brian Valle, HSI Task Force Officer</u>
Name of Complainant

Signature of Complainant

Sworn to telephonically before me

<u>4-4-25</u>
Date

at     Phoenix, Arizona

City and State

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

# ATTACHMENT A

## DESCRIPTION OF COUNT

## COUNT 1

### Possession of a Firearm and Ammunition by an Illegal Alien

On or about April 2, 2025, in the District of Arizona, Defendant JOSE ALFREDO SANUDO-SOTO, knowing that he was an alien who had been admitted to the United States under a nonimmigrant visa and not falling into any permitted exceptions pursuant to 18 U.S.C. 922(y)(2), did knowingly possess a firearm and ammunition, to wit: (1) An American Tactical Omni AR-15 with serial number NS176606, and, (2) 30 9mm rounds, which had previously been shipped or transported in interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

## ATTACHMENT B

## STATEMENT OF PROBABLE CAUSE

I, Brian Valle, a Special Agent with Homeland Security Investigations, being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a United States Customs and Border Protection (CBPO) with the United States Department of Homeland Security ("DHS"). I have been employed as a CBPO with DHS since November 2019. Since August 15, 2022, I have been assigned as a Task Force Officer (TFO) with Homeland Security Investigations (HSI), currently assigned to the Douglas, Arizona office. From December 2019 to June 2020, I attended and graduated from the United States Customs and Border Protection Field Operations Academy located at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. On October 20, 2022, I completed the HSI Task Force Officer Course. Throughout my training, I received instruction on topics regarding criminal investigations to include narcotics investigations, interview techniques, surveillance techniques, methods of operation of narcotics and weapons traffickers, current trends/patterns involving the distribution of narcotics, and other fields of narcotics and weapons investigations.

2. The facts in this affidavit come from my personal observations, my training and experience, information obtained from other investigators involved in the investigation, and information obtained from witnesses. Based on the below facts, I submit there is probable cause that JOSE ALFREDO SANUDO-SOTO (SANUDO) committed the crime of Possession of a Firearm by an Alien, in violation of Title 18, United States Code §§ 922(g)(5) and 924(a)(8).

## PROBABLE CAUSE

3. On April 2, 2025, at approximately 12:55 p.m., Homeland Security Investigations Special Agents (SAs) and Task Force Officers (TFOs) (hereinafter "HSI personnel") were conducting an investigation at an apartment in Glendale, Arizona when they encountered Jose Alfredo SANUDO-Soto. SANUDO was not the target of the investigation but was living at the target's known apartment.

4. SANUDO claimed to be the only resident of the apartment, and the target lives

elsewhere.

5. HSI personnel asked SANUDO for identification and SANUDO provided them with a Mexico voter card. SANUDO was asked if he had documentation allowing him to be in the United States, and he stated he had valid visa documentation inside of his apartment. SANUDO allowed HSI personnel to enter the apartment with him to locate the documents. Inside the apartment, SANUDO allowed HSI personnel to retrieve the documents from inside a dresser drawer in the bedroom. HSI personnel discovered a fake legal permanent resident card, a fake social security card, two Mexican passports, and a Border Crossing Card. SANUDO admitted that the permanent resident card and social security card were fake.

6. HSI personnel asked SANUDO for consent to search the apartment for weapons, drugs and additional counterfeit documents. SANUDO gave consent to search the apartment. At approximately 1:20 p.m. HSI personnel began to search the apartment and discovered an AR-15 style rifle, a semi-automatic short barrel rifle and one extended 27-round Glock magazine inside of a case on the living room floor, as well as 30 rounds of 9mm ammunition hidden inside of a shoe box located in the pantry. In the bedroom, HSI personnel found $8,120 USD inside of a plastic bag in a dresser drawer. At approximately 1:40 p.m. HSI personnel conducted a pat-down of SANUDO's person and located $5,600 USD inside of a plastic bag in his right front pant pocket.

7. At approximately 5:21 p.m., HSI personnel read SANUDO his *Miranda* rights. SANUDO agreed verbally, and in writing, to speak to HSI personnel without an attorney present. During the interview, SANUDO stated that he purchased the counterfeit documents approximately four months ago because he had planned on working in the United States. SANUDO stated that he was unaware of the weapons found inside the case located inside the apartment. SANUDO stated that he purchased tools online on Facebook Marketplace but did not know that the case contained weapons instead of tools. When asked about the ammunition, SANUDO stated he found the ammunition inside of a toolbox that he bought approximately two months ago from Facebook Marketplace, and that he hid the ammunition because he "did not want any problems."

8. I ran record checks for SANUDO and confirmed that he is a B1/B2 non-immigrant visa holder. I also confirmed that SANUDO is not a United States citizen, does not have any pending applications to become a citizen, and does not hold any immigrant visa.

9. Furthermore, HSI personnel contacted the Arizona Game and Fish Department and confirmed that SANUDO does not currently have a valid hunting license, and SANUDO did not claim to possess one. I also did not find any valid permit or paperwork that would allow SANUDO to possess a firearm.

10. Record checks did not show any valid request for a waiver allowing SANUDO to purchase a firearm. Furthermore, SANUNDO is not a representative of a foreign government and is not a foreign law enforcement officer.

11. On April 3, 2025, ATF Special Agent Lowell Farley, a nexus expert, examined photographs of the American Tactical Omni AR-15 and ammunition and confirmed that they were manufactured outside of the state of Arizona. Therefore, the firearm and ammunition traveled in interstate or foreign commerce since it was found in Arizona.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

## CONCLUSION

12. For these reasons, I submit there is probable cause to believe JOSE ALFREDO SANUDO-SOTO committed the crime of Possession of a Firearm by an Alien, in violation of Title 18, United States Code §§ 922(g)(5) and 924(a)(8).

13. I declare under penalty of perjury under the laws of the Unites States of America that the forgoing is true and correct.

BRIAN R VALLE   Digitally signed by BRIAN R VALLE
Date: 2025.04.04 10:59:12 -07'00'

BRIAN VALLE
Task Force Officer
Homeland Security Investigations

Sworn to and subscribed electronically this _____ 4th _____ day of April, 2025.

HONORABLE JOHN Z. BOYLE
United States Magistrate Judge