

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

CHONG-HO CHUNG
Assistant U.S. Attorney
Arizona State Bar No. 27730
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Chong-Ho.Chung@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

APR 2 9 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. | CR-25-00644-PHX-DLR (DMF) |
|---|---|---|
| Plaintiff, | | **INDICTMENT** |
| vs. | VIO: | 18 U.S.C. §§ 922(g)(5)(B) and 924(a)(8) (Alien in Possession of a Firearm) Count 1 |
| Jose Alfredo Sanudo-Soto, | | |
| Defendant. | | 18 U.S.C. § 1546(a) (Possession of Fraudulent Documents) |
| | | 18 U.S.C. §§ 924(d) and 981; 21 U.S.C. §§ 853 and 881; and 28 U.S.C. § 2461(c) (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about April 2, 2025, in the District of Arizona, Defendant JOSE ALFREDO SANUDO-SOTO, knowing that he was an alien who had been admitted to the United States under a nonimmigrant visa and not falling into any permitted exceptions pursuant to 18 U.S.C. § 922(y)(2), did knowingly possess a firearm and ammunition, to wit:

(4) American Tactical, Model Omni Hybrid, multi-caliber semi-automatic rifle, serial number: NS176606;

(5) Twenty-nine (29) live rounds of SIG brand 9 x 19 mm caliber ammunition; and,

(6) One (1) live round of Remington brand 9 x 19 mm caliber ammunition.

All of which had previously been shipped or transported in interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(5)(B) and 924(a)(8).

## COUNT 2

Between on or about January 1, 2025 and April 2, 2025, in the District of Arizona, Defendant JOSE ALFREDO SANUDO-SOTO did knowingly accept, receive, obtain, and possess an immigrant visa or other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, that is a Social Security Card and Legal Permanent Resident Card in the name JOSE ALFREDO SANUDO-SOTO, which the defendant knew to be forged, counterfeited, altered, falsely made.

All in violation of Title 18, United States Code, Section 1546(a).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1 - 2 of this Indictment, which is incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offense alleged in Counts 1 -2 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to the following property involved and used in the offense:

(1) American Tactical, Model Omni Hybrid, multi-caliber semi-automatic rifle, serial number: NS176606;

(2) Twenty-nine (29) live rounds of SIG brand 9 x 19 mm caliber ammunition; and,

(3) One (1) live round of Remington brand 9 x 19 mm caliber ammunition.

(4) One short-barreled rifle, 9mm caliber, no serial number.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 981 and 982, Title 21, United States Code, Sections 853 and 881, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: April 29, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

s/
CHONG-HO CHUNG
Assistant U.S. Attorney